THIS OPINION HAS 
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN 
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Farris Armon Degree, Appellant.
 
 
 

Appeal From Cherokee County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2005-UP-045
Submitted January 1, 2005  Filed January 
 19, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley 
 W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, 
 for Respondent.
 
 
 

PER CURIAM:  Farris Armon Degree appeals his convictions for first-degree 
 burglary and two counts of assault and battery of a high and aggravated nature.  
 Counsel for Degree attached to the final brief a petition to be relieved as 
 counsel.  Degree did not file a separate pro se response.  
After a review of the record as required by Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we hold there are no directly appealable issues that are arguable 
 on their merits.  Accordingly, we dismiss Degrees appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED.
ANDERSON, STILWELL, and SHORT, JJ., concur.